# Court of Appeals
# of the State of Georgia

ATLANTA,___April 18, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0318. JEAN JOCELYN MERILIEN v. PANEL DELCHAM et al.**

Jean Jocelyn Merilien, a prison inmate, seeks discretionary review of the trial court's February 1, 2013, order denying his request to proceed in forma pauperis in a wrongful death action. We lack jurisdiction.

Merilien's application for discretionary appeal was docketed in this Court on April 8, 2013, 66 days after the entry of the order he seeks to appeal. An application for discretionary appeal must be filed within 30 days of the order on appeal. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Therefore, Merilien's application is untimely from the order denying his request to proceed as a pauper. Because we lack jurisdiction to consider this untimely appeal, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/18/2013 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*